IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RODMEN R. FOSTER,<br>        Plaintiff, | : <br> : <br> : |
| v. | :     CIVIL ACTION NO. 15-6289 <br> : |
| CAITLIN MCLAUGHLIN, *et al.*<br>        Defendants. | : <br> : |

## ORDER

**AND NOW**, this 26th day of July 2016, upon consideration of Defendant's motion to dismiss, to which no response has been filed, and for the reasons stated in the accompanying memorandum, it is hereby **ORDERED** that Defendant's motion is **GRANTED**. Plaintiff's complaint is hereby **DISMISSED WITHOUT PREJUDICE**. Plaintiff may file an amended complaint no later than **AUGUST 26, 2016**.

It is so **ORDERED**.

BY THE COURT:

*/s/ Cynthia M. Rufe*
CYNTHIA M. RUFE, J.